UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIT BANK N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>EDUARDO TINEO, NEW YORK CITY DEPARTMENT OF FINANCE PARKING VIOLATIONS BUREAU, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY TRANSIT ADJUDICATION BUREAU,<br><br>        Defendants. | Case No.: 1:17-cv-5119-JBW-RML<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective September 1, 2018, Andrew Lawrence Jacobson, and Sean Kevin Monahan, counsel for Plaintiff CIT Bank, N.A., are no longer associated with Windels Marx Lane and Mittendorf, LLP. Mr. Jacobson, and Mr. Monahan are now affiliated with the law firm of Bronster LLP, located at 156 W. 56th Street, New York, NY 10019, tel. (212) 558-9300, fax (347) 246-4893. The email addresses for Mr. Jacobson, and Mr. Monahan are now ajacobson@bronsterllp.com and smonahan@bronsterllp.com,.

Dated: New York, New York
    October 15, 2018

              BRONSTER, LLP

            By: /s Sean K. Monahan
               Sean K. Monahan, Esq.
               *Attorneys for Plaintiff CIT Bank, N.A.*
               156 West 56th Street
               New York, New York 10019
               (212) 558-9300