ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 28 2019 ★

BROOKLYN OFFICE

# AFFIDAVIT

AUGUST 27, 2019

Eduardo Tineo
1475 East 84th Street
Brooklyn, NY 11236

Judge Jack B. Weinstein
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11722

RECEIVED
AUG 27 2019
PRO SE OFFICE

RE: <u>REQUEST FOR CERTIFICATE OF DEFAULT</u> Case No: 1:17-cv-5119-JBW-RML

Dear Mr. Palmer:

In response to the <u>REQUEST FOR CERTIFICATE OF DEFAULT,</u> Case No: 1:17-cv-5119-JBW-RML, filed in this Court on July 23, 2018, I request that the plaintiff's motion be dismissed based on the fact that I was not properly served it was submitted fraudulently. The plaintiff has falsely claimed that a Notice of Service was delivered to me in person or to another person on behalf of me by Melvin Rolfe from Alstate Process Service Inc. on Sep 07, 2017 at 11:53 AM ( see Affirmation EXHIBIT A ) while this event has never actually occurred. From Sept 01, 2017 to Sept 15, 2017, I was not physically present in New York City or any other person at 1475 East 84th Street. Hence it was impossible for me to have been served by any representative of the plaintiff. There are sufficient grounds for denial of this Certificate of Default since the plaintiff has unscrupulously attempted to foreclose on the Court's action by misrepresenting an event that never took place. The burden of proof is encumbered on the plaintiff.

I certify under penalty of perjury that the above statement is true and respectfully request that the plaintiff's request be denied.

Respectfully submitted,

Eduardo Tineo

SWORN TO BEFORE ME
THIS 27TH DAY OF AUG 2019

*Kenneth Amissah Forkey*

KENNETH AMISSAH FORKEY
Notary Public, State of New York
No. 01FO6230526
Qualified in Kings County
Commission Expires Nov. 1, 2022

STATE OF NEW YORK
COUNTY OF KINGS                 SS:
COUNTY CLERK'S OFFICE

I, Nancy T. Sunshine, County Clerk of the County of Kings, State of New York and also Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT FORKEY, KENNETH AMISSAH 01FO6230526
Term 11/1/2018 to 11/1/2022

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,

IN WITNESS WHERE OF, I have hereunto set my hand and affixed my official seal at Brooklyn, Kings County, New York on August 26, 2019

*Nancy T. Sunshine* (signature)
NANCY T. SUNSHINE
KINGS COUNTY CLERK

# JURAT

## CERTIFICATE OF MAILING

From: Eduardo Tineo  
    1475 East 84th Street  
    Brooklyn, NY 11236

August 25, 2019

U.S.P.S. CERTIFIED MAIL # 7019 0140 0000 1895 6140  
Mailing Date August 26, 2019

To: LoanCare  
    3637 Sentara Way  
    Virginia Beach, VA 23452  
    Att: Loss Mitigation Dept

    Cc; LoanCare CEO, Rodney Moss  
    Cc; CIT Bank Chairman/CEO, Ellen R Alemany  
    Cc; LoanCare COO, Ralph Carrigan  
    Cc; US Dept. HUD Regional Administrator, Lynne Patton  
    Cc; US Attorney's Office, Eastern District, Chief/Civil Division, Susan L. Riley  
    Cc; Consumer Financial Protection Bureau, Director, Kathy Kraninger  
    Cc; NY Dept of Financial Services, Chief/Superintendent, Linda Lacewell  
    Cc; Federal Housing Finance Agency, Director, Joseph Otting  
    Cc; U.S. District Court, Eastern District of New York, Judge Jack B. Weinstein

Enclosed;

Loan Modification Documents  
Loan no. 5500070353 – CIT BANK  
CIVIL DOCKET CASE # 1:17cv05119 U.S. District Court, Eastern District  
Matter of - TINEO, EDUARDO  
    Property; 1475 East 84th street  
        Brooklyn, NY 11236

I, _KENNETH AMISSAH FORKEY_, the undersigned duly affirmed, and 'in my proper person'; and over the age of 18, do hereby certify and affirm that the foregoing is true and correct to the best of my knowledge: I am not a party to the above entitled matter and, will be only functioning as a neutral witness, not condoning, supporting or agreeing with one's process. There of just witnessing the mailing and receiving of correspondence. On the date stated below, I serve this 'Notice' by placing a true copy thereof in an envelope, which is addressed, as shown above, and then by sealing the said envelope, with postage 'U.S.P.S. CERTIFIED MAIL # 7019 0140 0000 1895 6140' thereon, and to be placed in the United States Post Office local facility in North America for delivery.

My commission expires _____

[Seal: KENNETH AMISSAH F... Notary Public, State of New York, No. 01PO6230528, Qualified in Kings County, Commission Expires Nov. 1, 2022]

_____ Notary Public  
Signature

(Seal)

SWORN TO BEFORE ME  
THIS _26TH_ DAY OF _AUG_ 20_19_



**Registered No.** RF111070552US

| Postage | $10.40 |
| --- | --- |
| Registered Mail | $12.40 |
| Return Receipt (hardcopy) | $2.80 |
| Return Receipt (electronic) | $0.00 |
| Restricted Delivery | $0.00 |
| Total Postage & Fees | $25.60 |
| Customer Must Declare Full Value | $0.00 |
| Received by | 08/26/2019 |

Date Stamp: AUG 26 2019 — TIMES PLAZA STATION BROOKLYN NY 11217 USPS

FROM: Eduardo Tineo, 1475 East 84th St, Brooklyn, N.Y. 11210

TO: LOANCARE Servicing, 601 Jacksonville, FL 32204, Jacksonville, FL 32204, Att: Tenisa Brooks, Asst Sect

PS Form 3806, Registered Mail Receipt — April 2015, PSN 7530-02-000-9051 — Copy 1 – Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**Registered No.** RF111070566US

| Postage | $8.30 |
| --- | --- |
| Registered Mail | $12.40 |
| Return Receipt (hardcopy) | $2.80 |
| Return Receipt (electronic) | $0.00 |
| Restricted Delivery | $0.00 |
| Total Postage & Fees | $23.50 |
| Customer Must Declare Full Value | $0.00 |
| Received by | 08/26/2019 |

Date Stamp: AUG 26 2019 — TIMES PLAZA STATION BROOKLYN NY 0349 17

FROM: Eduardo Tineo, 1475 East 84 R, Brooklyn, N.Y. 11210

TO: Loan Care, 3637 Virginia Beach Way, Virginia Beach, Virginia 23452, Att: Loss Mitigation Dept

PS Form 3806, Registered Mail Receipt — April 2015, PSN 7530-02-000-9051 — Copy 1 – Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

```
TIMES PLAZA
539 ATLANTIC AVE
BROOKLYN, NY 11217-9996
350877-0349
(800)275-8777
08/26/2019 03:30 PM
```

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| PM 2-Day (Domestic) (VIRGINIA BEACH, VA 23452) (Weight:1 Lb 4.80 Oz) (Expected Delivery Day) (Wednesday 08/28/2019) | 1 | $8.30 | $8.30 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RF111070566US) | | | $12.40 |
| Return Receipt (USPS Return Receipt #) (9590940253369154040998) | | | $2.80 |
| PM 2-Day (Domestic) (JACKSONVILLE, FL 32204) (Weight:1 Lb 4.50 Oz) (Expected Delivery Day) (Wednesday 08/28/2019) | 1 | $10.40 | $10.40 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RF111070552US) | | | $12.40 |
| Return Receipt (USPS Return Receipt #) (9590940253369154041100) | | | $2.80 |
| Total | | | $49.10 |

```
Debit Card Remit'd              $49.10
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX5654)
  (Approval #)
  (Transaction #:252)
  (Receipt #:022436)
  (Debit Card Purchase:$49.10)
  (Cash Back:$0.00)
  (AID:A0000000980840          Chip)
  (AL:US DEBIT)
  (PIN:Verified)
```

Includes up to $50 insurance

Due to the security of Registered Mail, an additional 3-10 delivery days

STATE OF NEW YORK
COUNTY OF KINGS        SS:
COUNTY CLERK'S OFFICE

I, Nancy T. Sunshine, County Clerk of the County of Kings, State of New York and also Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT FORKEY, KENNETH AMISSAH 01FO6230526
Term 11/1/2018 to 11/1/2022

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,

IN WITNESS WHERE OF, I have hereunto set my hand and affixed my official seal at Brooklyn, Kings County, New York on August 26, 2019

NANCY T. SUNSHINE
KINGS COUNTY CLERK

# JURAT

## CERTIFICATE OF MAILING

From: Eduardo Tineo  
      1475 East 84th Street  
      Brooklyn, NY 11236

August 25, 2019

U.S.P.S. CERTIFIED MAIL # 7017 3380 0000 5785 7803  
Mailing Date August 26, 2019

To: LoanCare Servicing  
    601 Riverside Ave  
    Jacksonville, Florida 32204  
    Att: Tenisa Brooks, Assistant Secretary

    Cc; LoanCare CEO, Rodney Moss  
    Cc; CIT Bank Chairman/CEO, Ellen R Alemany  
    Cc; LoanCare COO, Ralph Carrigan  
    Cc; US Dept. HUD Regional Administrator, Lynne Patton  
    Cc; US Attorney's Office, Eastern District, Chief/Civil Division, Susan L. Riley  
    Cc; Consumer Financial Protection Bureau, Director, Kathy Kraninger  
    Cc; NY Dept of Financial Services, Chief/Superintendent, Linda Lacewell  
    Cc; Federal Housing Finance Agency, Director, Joseph Otting  
    Cc; U.S. District Court, Eastern District of New York, Judge Jack B. Weinstein

Enclosed;

Loan Modification Documents  
Loan no. 5500070353 – CIT BANK  
CIVIL DOCKET CASE # 1:17cv05119 U.S. District Court, Eastern District  
Matter of - TINEO, EDUARDO  
        Property; 1475 East 84th street  
            Brooklyn, NY 11236

I, _KENNETH AMISSAH FORKEY_, the undersigned duly affirmed, and 'in my proper person'; and over the age of 18, do hereby certify and affirm that the foregoing is true and correct to the best of my knowledge: I am not a party to the above entitled matter and, will be only functioning as a neutral witness, not condoning, supporting or agreeing with one's process. There of just witnessing the mailing and receiving of correspondence. On the date stated below, I serve this 'Notice' by placing a true copy thereof in an envelope, which is addressed, as shown above, and then by sealing the said envelope, with postage 'U.S.P.S. CERTIFIED MAIL # 7017 3380 0000 5785 7803' thereon, and to be placed in the United States Post Office local facility in North America for delivery.

My commission expires _____

KENNETH AMISSAH FORKEY  
Notary Public, State of New York  
No. 01FO6230___  
Qualified in Kings County  
Commission Expires Nov 1, 2022

_____ Notary Public  
Signature

(Seal)

SWORN TO BEFORE ME  
THIS _26TH_ DAY OF _AUG_ 20_19_