FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 13 2021 ★
    14
BROOKLYN OFFICE

**SENT VIA OVERNIGHT US MAIL**

TO: CLERK OF UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E,
Brooklyn, NY 11201

FROM: Eduardo Tineo, Pro se Defendant
3215 Avenue H Apt #11F
Brooklyn New York 11210
ptftransport@verizon.net
(646) 620-1781 Phone

RECEIVED
JAN 14 2021
PRO SE OFFICE

DATE: January 14, 2021

SUBJECT: CIT BANK, N.A. v. Eduardo Tineo, et al,
Case No.: 1:17-cv-5119-JBW-RML

Dear/Sir Madame:

I am the name defendant Eduardo Tineo in the above caption matter. Enclosed please find the following:

- Affidavit Objection of Defendant Eduardo Tineo, towards Plaintiff's motion for computation of damages

- with Exhibits

- Certification of Service

Please file with the Court and forward to Chambers of Judge Robert M. Levy as this matter is returnable before your honor on January 18, 2021

Respectfully submitted,

Eduardo Tineo, Pro se Defendant